Steven D. Crawley (0750)
P.O. Box 901468
Sandy, Utah 84090-1468
Tel: 801-580-3222
steven@crawleylaw.net
Attorney for Plaintiff,
JANICE MAUGHAN

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION

JANICE MAUGHAN,

    Plaintiff,

v.

OMNI CREDIT SERVICES OF
FLORIDA, INC.,

    Defendant.
_____/

CASE NO.

**COMPLAINT**

Plaintiff, JANICE MAUGHAN ("Plaintiff"), through her attorneys, alleges the following against, Defendant, OMNI CREDIT SERVICES OF FLORIDA, INC. ("Defendant"):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Utah, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Sandy, Salt Lake County, Utah.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. § 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency with a business office in Tampa, Florida.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a consumer debt from Plaintiff.

11. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

12. Defendant called Plaintiff on Plaintiff's home telephone, in an attempt to collect a debt.

13. Defendant left a message for Plaintiff, in an attempt to collect a debt, which did not disclose the caller's identity. *See* Transcribed Voice Message, attached hereto as Exhibit A.

14. Defendant left a message for Plaintiff, in an attempt to collect a debt, which did not state the communication was from a debt collector. *See* Exhibit A.

15. Defendant's voicemail messages for Plaintiff request that Plaintiff call Defendant at 800-670-9944, a telephone number that belongs to Defendant.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated § 1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated § 1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    c. Defendant violated § 1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    d. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

    e. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, JANICE MAUGHAN, respectfully requests judgment be entered against Defendant, OMNI CREDIT SERVICES OF FLORIDA, INC., for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k

19. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

  PLEASE TAKE NOTICE that Plaintiff, JANICE MAUGHAN, demands a jury trial in this cause of action.

DATED:  July 27, 2011     RESPECTFULLY SUBMITTED,

          By:  /s/ Steven D. Crawley

           Steven D. Crawley (0750)
           P.O. Box 901468
           Sandy, Utah 84090-1468
           Tel: 801-580-3222
           steven@crawleylaw.net
           Attorney for Plaintiff,
           JANICE MAUGHAN

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF UTAH

Plaintiff, JANICE MAUGHAN, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JANICE MAUGHAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7-27-11

JANICE MAUGHAN

# Exhibit A

**<u>Janice Maughan v. Omni Credit Services of Florida, Inc.</u>**

This is Chris _____ calling for Janice Maughan. I left a half dozen messages already, unfortunately this is the last message I am going to be able to leave for you. My telephone number again is 800-670-9944 and its directed extension 312. I am in the office until 6 and certainly hope you do get the message by then.