Steven D. Crawley (0750)
P.O. Box 901468
Sandy, Utah 84090-1468
Tel: 801-580-3222
steven@crawleylaw.net

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION

JANICE MAUGHAN,

    Plaintiff,                                              CASE NO. 2:11-cv-00730

v.

OMNI CREDIT SERVICES OF
FLORIDA, INC.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    NOW COMES the Plaintiff, JANICE MAUGHAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                              RESPECTFULLY SUBMITTED,

  DATED:  September 8, 2011

                                      By: /s/ Steven D. Crawley
                                            Steven D. Crawley, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2011 I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Greg Straub, Counsel for Defendant, by electronic mail at the address below;

Greg Straub

GStraub@omnicredit.net

By: /s/ Steven D. Crawley
Steven D. Crawley, Esquire
Attorney for Plaintiff