Steven D. Crawley (0750)
P.O. Box 901468
Sandy, Utah 84090-1468
Tel: 801-580-3222
steven@crawleylaw.net

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION

JANICE MAUGHAN,

    Plaintiff,                                                            CASE NO. 2:11-cv-00730

v.

OMNI CREDIT SERVICES OF
FLORIDA, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

JANICE MAUGHAN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, OMNI CREDIT SERVICES OF FLORIDA, INC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: _/s/ Steven D. Crawley_____
Steven D. Crawley, Esq.
P.O. Box 901468
Sandy, Utah 84090-1468
Telephone: 801-580-3222
steven@crawleylaw.net

*Of Counsel*

KROHN & MOSS, LTD.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 230
F: (866) 802-0021
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2011 I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Greg Straub, Counsel for Defendant, by electronic mail at the address below;

Greg Straub

GStraub@omnicredit.net

By: /s/ Steven D. Crawley<br>Steven D. Crawley, Esquire<br>Attorney for Plaintiff