FILED
U.S. DISTRICT COURT
2011 NOV 14 P 3: 49
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JANICE MAUGHN, | ) |
| | ) Civil No. 2:11-CV-0730-BSJ |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| OMNI CREDIT SERVICES OF FLORIDA, INC., | ) |
| | ) |
| Defendant. | ) |

\* \* \* \* \* \* \* \* \*

Based on Plaintiff's Notice of Voluntary Dismissal filed by Plaintiff, by and through counsel, on November 10, 2011,

**IT IS HEREBY ORDERED** that the above-entitled action is **dismissed** with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as amplified by Local Rule DUCivR 54-1(d).

DATED this 14th day of November, 2011.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge